# IN THE SUPREME COURT OF THE STATE OF NEVADA

KENNETH BERBERICH, TRUSTEE, ON BEHALD OF 4499 WEITZMAN PLACE TRUST, A NEVADA TRUST; JEFF BRAUER, ESQ.; AND BRAUER, DRISCOLL, SUN AND ASSOCIATES LLC,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE JOANNA KISHNER, DISTRICT JUDGE,
Respondents,
  and
SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, A NEVADA NON-PROFIT CORPORATION; MTC FINANCIAL, INC., A CALIFORNIA CORPORATION REGISTERED IN NEVADA; OLYMPIA GROUP, LLC, A NEVADA LIMITED LIABILITY CORPORATION; OLYMPIA MANAGEMENT SERVICES, LLC, A NEVADA LIMITED LIABILITY CORPORATION; FEDERAL HOME LOAN MORTGAGE CORPORATION, A FEDERALLY CHARTERED CORPORATION; AND CAM REAL ESTATE XIV, LLC, A DELAWARE LIMITED LIABILITY COMPANY,
Real Parties in Interest.

No. 82079

FILED

NOV 20 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

20-42478

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This original petition for a writ of mandamus seeks to compel the respondent district judge to hear petitioners' post-judgment motion for relief, rather than the judge to whom the case is currently assigned, and to have vacated prior orders entered by the currently assigned judge.

Having reviewed the petition and supporting documents, we conclude that our extraordinary intervention is not warranted. NRS 34.160; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (recognizing that petitioners bear the burden to demonstrate that writ relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). In particular, petitioners fail to demonstrate that NRS 175.101, a criminal procedure statute recently addressed in *Harvey v. State*, 136 Nev., Adv. Op. 61, 473 P.3d 1015 (2020), applies to their civil case below. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Pickering

_____, J.
Hardesty

_____, J.
Silver

cc:    Hon. Joanna Kishner, District Judge
Spencer M. Judd
Aldridge Pite, LLP
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP/Las Vegas
Burke, Williams & Sorensen, LLP
Kemp, Jones, LLP
Eighth District Court Clerk